No. 990. JOHNSON *v.* WARDEN, U. S. PENITENTIARY, McNEIL ISLAND. June 1, 1943. Petition for writ of cer-

tiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Johnnie Johnson, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* and *Miss Beatrice Rosenberg* for respondent.